# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SYLVESTRE DWIGHT DAMBETTO, | ) |
| Petitioner, | ) |
| v. | ) 4:13-cv-0632-LSC-JEO |
| ERIC H. HOLDER, United States Attorney General, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241. The *pro se* petitioner contends that he is being illegally detained pending his removal under the Immigration and Nationality Act. (Doc. 1). *See Zadvydas v. Davis*, 533 U.S. 678 (2001). The respondents have moved to dismiss this matter as moot. (Doc. 14). Upon consideration, the court finds that the respondents' motion is due to be granted.

In support of their motion, the respondents have filed evidence showing that the petitioner was released from custody under order of supervision. (Doc. 14-1). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate final order will be entered.

Done this 12th day of August 2013.

                                             L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE

[160704]